| | | | |
|---|---|---|---|
| Com. v. Hoy ....... | 07/07/2016216 MAL (2016) | Denied | Pa.Super., 144 A.3d 202 |
| Com. v. Idrrissa .... | 06/27/2016119 MAL (2016) | Denied | Pa.Super., 136 A.3d 1031 |
| Com. v. Jackson .... | 06/22/201666 EAL (2016) | Denied | Pa.Super., 141 A.3d 595 |
| Com. v. Johnson.... | 07/14/2016104 WAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| Com. v. Junious .... | 07/07/2016198 MAL (2016) | Denied | Pa.Super., 141 A.3d 593 |
| Com. v. Keeley ..... | 06/08/2016143 MAL (2016) | Denied | Pa.Super., 141 A.3d 587 |
| Com. v. Leggett .... | 06/28/201681 EAL (2016) | Denied | Pa.Super., 141 A.3d 585 |
| Com. v. Manning–Ruffin [8] .......... | 06/16/201677 EAL (2016) | Denied | Pa.Super., 135 A.3d 648 |
| Com. v. Mattis ..... | 07/07/2016101 EAL (2016) | Denied | Pa.Super., 141 A.3d 603 |
| Com. v. McCarthy .. | 06/13/201667 WAL (2016) | Denied | |
| Com. v. McCoy [9] .... | 06/23/201616 EAL (2016) | Denied | Pa.Super., 135 A.3d 656 |
| Com. v. McDermott | 07/07/2016139 WAL (2016) | Denied | Pa.Super., 144 A.3d 191 |
| Com. v. Melograna [10] ............. | 06/16/2016106 MAL (2016) | Denied | Pa.Super., 134 A.3d 484 |

8. Justice WECHT did not participate in the consideration or decision of this matter.

9. Justice WECHT did not participate in the consideration or decision of this matter.

10. Justice WECHT did not participate in the consideration or decision of this matter.